Joshua S. Evett
ISB 5587; jse@dukeevett.com
Mallam J. Prior
ISB 10938; mjp@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone: (208)-342-3310
Facsimile: (208)-342-3299

*Attorneys for Plaintiff Greg Chavez and Orion Aviation, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREG CHAVEZ; AND ORION AVIATION, LLC., <br><br> Plaintiffs, <br> vs. <br><br> ALLIANZ GLOBAL RISKS US INSURANCE COMPANY <br><br> Defendants. | Case No. 1:22-cv-00176 <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** |

COME NOW Plaintiffs Greg Chavez and Orion Aviation, LLC ("Orion"), by and through their attorneys of record, Duke Evett, PLLC, and hereby complain and allege against Defendant Allianz Global Risks US Insurance Company ("Allianz"), as follows:

## PARTIES

1. At all times material hereto, Greg Chavez ("Chavez") was and is an individual residing in Boise, Idaho.

2. At all times material hereto, Orion Aviation, LLC was and is an Idaho Limited Liability Company.

3.     Defendant Allianz is, upon information and belief, a corporation duly organized and existing under the laws of the state of California with its principal place of business in Chicago, Illinois.

## JURISDICTION AND VENUE

4.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the action is a civil action for an amount exceeding $75,000.00 and is between citizens of different states.

5.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## GENERAL ALLEGATIONS

6.     Allianz provides, among other things, aircraft insurance policies.

7.     Crawford and Company, Inc. ("Crawford") provides, among other things, insurance claims management services and insurance claims adjustment services. Allianz hires Crawford to manage insurance claims and was hired to handle the claim made by Chavez and Orion. At all times material to the claim at issue, Crawford was working as an agent of Allianz and working within the scope of that agency relationship. Crawford and its agents' course of conduct while handling Chavez and Orion's claim is attributable to Allianz.

8.     Chavez and Orion obtained an Aircraft Insurance Policy from Allianz that had a Policy Period from July 8, 2018 to July 8, 2019 and was designated with the Policy Number SA 008071 01 ("Policy"). Pursuant to the terms of the Policy, the Policy provided, among other things, coverage for Chavez and Orion's aircraft, which was a 2006 Piper PA46-500T Meridian identified with the registration number N464HP ("Aircraft").

9.      The Policy provided an insured value of $940,000.00 for physical damage related to the Aircraft.

10. On or about April 15, 2019, the Aircraft experienced an engine failure while Chavez was taking off from the airport in Pullman, Washington. The engine failure resulted in various physical damages to the Aircraft, including but not limited to, damage to the engine and aircraft frame. The costs to repair the Aircraft related to the occurrence are covered by the Policy as they were a direct result of an accident that took place during the Policy Period which resulted in property damage that was neither expected nor intended from the standpoint of Chavez nor Orion.

11. Chavez immediately contacted Allianz in April 2019 to make a claim under the Policy. Chavez and Orion have diligently tried to get their claim paid since that time.

12. Chavez and Orion submitted a proof of loss as required by the Policy, and in compliance with Idaho Code § 41-1839, on or about December 2, 2019.

13. In spite of Chavez and Orion's timely submission of a proof of loss on December 2, 2019, the claim remains unresolved, and undisputed amounts unpaid, as of the filing of this Complaint.

14. Because of Allianz's unfounded claims position and delayed handling, Chavez paid approximately $143,372.93 to have the aircraft repaired, plus associated costs.

15. On November 19, 2021, Allianz provided Chavez and Orion with a revised settlement offer of USD $55,941.06. The settlement offer constitutes an undisputed amount of $55,941.06 that Allianz has not paid despite a proof of loss being submitted in late 2019.

16. Allianz has taken settlement positions without a reasonable basis, including but not limited to a proposal to compromise Chavez and Orion's claim for $133,466.28 for airframe repairs by cutting that claim in half to $66,733.14.

17. Allianz's offer of $55,941.06 in full settlement of Chavez and Orion's claim is in violation of Idaho Code § 41-1329(13). Allianz knows that Chavez and Orion's claim is significantly higher than that amount and is attempting to leverage what it acknowledges is the undisputed portion of the claim to force Chavez and Orion to settle.

18. In addition to not paying the claim, Allianz removed components from the Aircraft for teardown and inspection and in the process, Allianz kept an inadequate list of all components removed. This necessitated Chavez to spend additional time tracking down the missing components, which also delayed the claims process and resulted in additional costs to Chavez that Allianz has refused to pay for.

19. Allianz has unfairly and intentionally changed positions throughout the adjustment process; unilaterally chosen estimates for certain repairs which it determined were "the most reasonable" without any support for how they came to such a conclusion; and refused to pay to repair the Aircraft in the manner that is required by the terms of the Policy and that is required for the safe operation of the Aircraft.

20. Allianz and its agents have intentionally delayed the process of handling this claim by unreasonably denying payment for repairs that were necessary to cover the loss as required by the Policy and which were a direct and proximate result of the occurrence on April 15, 2019.

21. Allianz violated Idaho Code § 41-1329(2) by failing to acknowledge and act reasonably promptly upon communications regarding the claim.

22. Allianz violated Idaho Code § 41-1329(6) by not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear.

23. Allianz violated Idaho Code § 41-1329(7) by compelling Chavez and Orion to file suit by offering substantially less than amounts Chavez and Orion expect to ultimately recover.

24. Allianz violated Idaho Code § 41-1329(14) by failing to provide a reasonable explanation of the basis in the Policy in relation to facts or applicable law for the offer of a compromise settlement.

## COUNT ONE –BREACH OF CONTRACT

25. Chavez and Orion incorporate the allegations contained in the preceding paragraphs.

26. Chavez and Orion contracted with Allianz to provide Aircraft insurance for, among other things, damage to Chavez and Orion's Aircraft.

27. Chavez and Orion's Aircraft was damaged due to an accident that occurred on or about April 15, 2019, which was during the Policy Period.

28. The cost to repair the Aircraft is covered by the terms of the Policy. In particular, the Policy (Coverages F, G and H – Total Liability, 1) a)) provides for repair with "material of like kind and quality…"

29. Allianz, including by and through its agents, breached the parties' insurance contract by failing to make full payment to Chavez and Orion for repairs to the Aircraft after Chavez and Orion timely submitted their proof of loss. Even though Allianz admits there is coverage and that $55,941.06 of the claim is undisputed, Allianz has not paid that amount in breach of the Policy and in breach of Idaho Code §41-1839, which is implied into the insurance policy by operation of law.

30. As a direct result of the breach of contract by Allianz, Chavez and Orion have been damaged in excess of $75,000.00.

## COUNT TWO –INSURANCE BAD FAITH

31. Chavez and Orion incorporate the allegations contained in the preceding paragraphs.

32. Allianz, including by and through its agents, has a special relationship with its insureds, Chavez and Orion, and owes an affirmative duty to Chavez and Orion to promptly and timely investigate, adjust, and pay all claims fairly, honestly, and in good faith.

33. Allianz, including by and through its agents, acted in bad faith by intentionally and unreasonably denying and/or delaying payment to Chavez and Orion which was owed as a result of the Aircraft accident on or about April 15, 2019.

34. As a result of Allianz's conduct, Chavez and Orion were harmed in a way not fully compensable in contract, including, but not limited to, ground insurance, unreimbursed out-of-pocket expenses, loss of flight time/loss of use, time incurred in responding to unreasonable claims demands and positions, attorney fees, expert fees, emotional distress, interest, and other related losses.

35. The actions of Allianz, as stated above, have damaged Chavez and Orion in the sum of at least $10,000.00, which amount will be more specifically established at the time of trial.

## DEMAND FOR ATTORNEYS' FEES

36. As a result of Allianz and its agents conduct, Chavez and Orion have been required to retain counsel for the purposes of prosecuting this action, and are entitled to recover all reasonable costs and attorneys' fees incurred in the prosecution of this lawsuit pursuant to various provisions of Idaho law, including but not limited to, Idaho Code sections 12-120, 12-121, 12-123, 41-1839, Rule 54 of the Federal Rules of Civil Procedure, and any other applicable statute, rule,

regulation, and/or contractual provision. Chavez and Orion are further entitled to an award of reasonable attorneys' fees in the event of default, in an amount of not less than $5,000.

## DEMAND FOR PRE-JUDGMENT INTEREST

37. Additionally, there are amounts of liability that Allianz does not dispute and therefore those sums are liquidated or ascertainable by a mere mathematical calculation. Accordingly, Chavez and Orion are entitled to pre-judgment interest under Idaho Code section 28–22–104 as money due by express contract or when it becomes due.

## DEMAND FOR JURY TRIAL

38. Chavez and Orion hereby demand a trial by jury on all issues so triable in accordance with Rule 38 of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs Chavez and Orion pray that the Court grant relief to Chavez and Orion as follows:

1. Upon all counts against Defendant Allianz for special and general damages in an amount in excess of the jurisdictional limits of this Court.

2. For reasonable attorneys' fees and costs.

3. Pre-judgment and post-judgment interest pursuant to Idaho Code section 28-22-104.

4. For such other and further relief as the Court may deem proper.

DATED this 21st day of April, 2022.

DUKE EVETT, PLLC

By: */s/ Joshua S. Evett*
Joshua S. Evett – Of the Firm
Mallam J. Prior – Of the Firm
*Attorneys for Plaintiffs Greg Chavez and Orion Aviation, LLC*